IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Desire Everage,<br><br>      *Plaintiff,*<br>v.<br><br>Jerith Manufacturing, LLC, *et al*.<br>      *Defendant.* | CIVIL ACTION<br><br>No. 2:23-cv-4266 |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

  Derek Steenson, counsel for Plaintiff, Dana Feinstein, counsel for Defendant, Jerith Manufacturing, and Brad V. Shuttleworth, counsel for Defendant, Timothy Bostick, hereby agree and stipulate to the following terms:

  The issues between the parties in the above action have been settled. The parties agree that this action should be dismissed with prejudice and without costs pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court.

  Respectfully submitted,

| | | |
|---|---|---|
| Date: 01/08/2024 | Date: 01/08/2024 | Date: 01/08/2024 |
| /s/Derek A. Steenson | /S/ Dana Feinstein | /s/Brad V. Shuttleworth |
| Derek A. Steenson, Esq. | Dana Feinstein, Esq. | Brad Shuttleworth, Esq. |
| 100 S. Broad Street, #812B | Holland & Knight | 100 S. Juniper Street, 3rd FL. |
| Philadelphia, PA 19110 | 1650 Market Street, STE 3300 | Philadelphia, PA 19107 |
| Pa Supreme Court ID 310011 | Philadelphia, PA 19103 | Pa Supreme Court ID: 324347 |
| | Pa Supreme Court ID: 92887 | |

**APPROVED AND ORDERED BY THE COURT:**

_____
Timothy J. Savage
United States District Judge